Closed

RGJ

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 21 2004

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | | |
|---|---|---|
| JOSHUA SMITH | * | |
| | * | CIVIL CASE NO. 02-CV-2385 |
| VERSUS | * | |
| | * | JUDGE ROBERT G. JAMES |
| CONCEPT LABORATORIES, INC., | * | |
| TACTNY, L.L.C. and EPNY, INC. | * | MAG. JG. JAMES D. KIRK |
| | * | |

**********************************************************************

### JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP Rule 41(a)(1)(ii) on Motion of the plaintiff, Joshua Smith and Motion of defendant, Concept Laboratories, Inc., through undersigned counsel, stipulate that the matters sued for herein have been amicably compromised and settled and, accordingly, the settlement of this claim should be dismissed, with prejudice, and costs paid by the party plaintiff and Concept Laboratories respectively.



1

Respectfully submitted,

FRILOT, PARTRIDGE, KOHNKE,
& CLEMENTS, L.C.

_____
BRUCE A. CRANNER, T.A. (Bar No. 1796)
KAREN C. DUNCAN (Bar No. 24080)
3600 Energy Centre
1100 Poydras Street
New Orleans, La. 70163-3600
Telephone: (504) 599-8026
Attorney for Defendant,
CONCEPT LABORATORIES, INC.

AND

BRUSCATO, TRAMONTANA & WOLLESON

_____
ANTHONY J. BRUSCATO, ESQ. (Bar No. 26002)
2011 Hudson Lane
Monroe, La. 71201
Telephone: (318) 325-7577
Attorney for Plaintiff,
JOSHUA SMITH

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the above pleading to all counsel of record by facsimile transmission and/or by placing a copy in the United States Mail, postage prepaid and properly addressed this ___ day of _____, 200___.

_____
KAREN C. DUNCAN

2

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JOSHUA SMITH | * | |
| | * | CIVIL CASE NO. 02-CV-2385 |
| VERSUS | * | |
| | * | JUDGE ROBERT G. JAMES |
| CONCEPT LABORATORIES, INC., | * | |
| TACTNY, L.L.C. and EPNY, INC. | * | MAG. JG. JAMES D. KIRK |
| | * | |

*********************************************************************

## ORDER

Considering the above and foregoing Joint Stipulation of Dismissal;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Concept Laboratories, Inc. is hereby dismissed with prejudice, in the above-entitled and numbered cause, with costs to be paid by the party plaintiff and Concept Laboratories respectively.

Monroe, Louisiana, this _____ day of _____, 2003.

                                          **ROBERT G. JAMES**
                                          **UNITED STATES DISTRICT JUDGE**

# FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.

ATTORNEYS AT LAW

3600 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-3600

TELEPHONE (504) 599-8000
FACSIMILE (504) 599-8100

WRITER'S DIRECT DIAL NUMBER
599-8026
KCD@FPKC.com

WRITER'S DIRECT DIAL FAX NUMBER
599-8126

**RECEIVED**

JAN 2 1 2004

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

January 15, 2004

Clerk of Court
U.S. District Court
Western District of Louisiana (Monroe Div.)
215 Federal Bldg.
201 Jackson Street
Monroe, LA 71210

> RE: Joshua Smith v.
> Concept Laboratories, Inc., TACTNY, L.L.C. and EPNY, Inc.
> No.: 02-CV-2385 USDC WDLA (Monroe Div.)
> **Our File #: 434-030022**

Dear Clerk:

Enclosed for filing in the above captioned matter, please find a Joint Stipulation of Dismissal along with an Order in connection with same. Once the documents have been filed and the Order signed by the Judge, please return two conformed copies to the undersigned in the enclosed self-addressed, stamped envelope.

Thank you for your cooperation.

Sincerely yours,

BRUCE A. CRANNER
KAREN C. DUNCAN

BAC/KCD/lec
Encls.

cc: Anthony J. Bruscato, Esq.
    James A. Holmes, Esq.